

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 5, 2024

**Via ECF**
Honorable Kenneth Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *Rachael Ali v. Federal Emergency Management Agency*
             23 Civ. 8652 (KMK)

Dear Judge Karas:

      This Office represents defendant Federal Emergency Management Agency ("FEMA" or the "Government") in the above-referenced action brought against FEMA under the National Flood Insurance Act of 1968, 42 U.S.C. § 4001, *et seq.* (as amended) for an alleged breach of the terms of contract under the Standard Flood Insurance Policy. I write respectfully to request an adjournment of the initial conference scheduled for April 11, 2024. *See* Dkt No. 15. The reason for this request is that I am on previously scheduled leave next week and will be unavailable to appear at an initial conference on April 11. Should the Court grant this request, counsel for both parties are available on the following dates: April 16, April 18, April 19, April 25 and April 26. Should the Court wish to proceed with the initial conference on April 11, I will obtain coverage from another Assistant U.S. Attorney. This is the Government's first request for an adjournment of the initial conference. Plaintiff consents to this request.

      I thank the Court for its consideration of this request.

The Court will keep the conference date and asks counsel to submit a proposed case management plan in advance of the conference. Once that plan is submitted another AUSA can cover the conference.

So Ordered.

4/8/24

                                                 Respectfully submitted,

                                                 DAMIAN WILLIAMS
                                                 United States Attorney for the
                                                 Southern District of New York

By:    /s/ Elizabeth J. Kim
        ELIZABETH J. KIM
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2745
        E-mail: Elizabeth.Kim@usdoj.gov

Page 2

cc: Jack Glanzberg, Esq. (via ECF)