UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RACHAEL ALI,

                                  Plaintiff,                      **ORDER**

        -against-                                                 23 Civ. 8652 (JCM)

FEDERAL EMERGENCY MANAGEMENT
AGENCY,

                                  Defendant.
------------------------------------------------------------X

On August 12, 2024, the parties notified the Court that they have reached a settlement in principle in the above-captioned matter. (Docket No. 27). Therefore, it is hereby

ORDERED, that this action be and hereby is discontinued with prejudice but without costs to any party; provided, however, that if settlement is not consummated within forty-five (45) days of the date of this order, plaintiffs may apply by letter within the forty-five-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

To be clear, any application to reopen must be filed within forty-five (45) days of this Order; any application to reopen filed thereafter may be denied solely on that basis.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within forty-five (45) days with a request that the agreement be "So Ordered" by the Court.

Dated: August 13, 2024
           White Plains, New York

                                                      **SO ORDERED:**

                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge